IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MACK AUTHER FOREMAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-CV-172-WHA-CSC |
| ) | |
| JIM H. JACKSON, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

On June 24, 2022, the Magistrate Judge entered a Recommendation to allow this case to proceed on Plaintiff's excessive force claim and dismiss Plaintiff's due process claim without prejudice but without leave to amend. Doc. 8. Plaintiff's objections were due by July 8, 2022. Plaintiff has not filed objections to the Recommendation. Accordingly, it is

ORDERED that the Recommendation (Doc. 8) is ADOPTED. This case shall proceed on Plaintiff's excessive force claim. Plaintiff's due process claim is dismissed without prejudice but without leave to amend. This case is referred back to the Magistrate Judge for further proceedings. The Clerk is DIRECTED to send a copy of this order to Plaintiff.

Done, this 18th day of July, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON, III
SENIOR UNITED STATES DISTRICT JUDGE